IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALIQUE DAJON JONES ) | |
| ) | |
| Plaintiff ) | Case No. 1:21-cv-00148 (Erie) |
| ) | |
| vs. ) | |
| ) | HON. RICHARD A. LANZILLO |
| NICHOLAS STRAUCH, et al., ) | UNITED STATES MAGISTRATE JUDGE |
| ) | |
| Defendants ) | ORDER DISMISSING COMPLAINT |
| ) | |
| ) | ORDER DENYING ECF NO. 20 AS |
| ) | MOOT |

IT IS HEREBY ORDERED that this action is hereby DISMISSED, without prejudice, for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS FURTHER ORDERED that the Motion to Dismiss (ECF No. 20) is hereby DISMISSED as moot.

Submitted this 20th day of December, 2021.

BY THE COURT:

_____
RICHARD A. LANZILLO
UNITED STATES MAGISTRATE JUDGE